Sophia S. Lau, Esq. (Nevada Bar No. 13365)
   *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendants
COMMONWEALTH LAND TITLE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00080<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

255078.1

Plaintiff Carrington Mortgage Services, LLC (hereinafter "Carrington"), and Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Carrington filed its Complaint in this matter on January 11, 2019 (ECF No. 1);

**WHEREAS**, Commonwealth was served with the Summons and Complaint on or about January 28, 2019;

**WHEREAS**, Commonwealth's response to the Complaint was due on February 18, 2019;

**WHEREAS**, counsel for Commonwealth was only recently retained and requires additional time to respond to the Complaint;

**WHEREAS**, this is the first stipulation for an extension of Commonwealth's time to respond to the Complaint; and

**WHEREAS**, Carrington has agreed to extend Commonwealth's time to respond to the Complaint to March 14, 2019.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

//
//
//
//
//
//
//
//
//
//
//



2
**STIPULATION AND PROPOSED ORDER**

255078.1

1. Commonwealth shall file its response to the Complaint in this matter on or before March 14, 2019.

Dated this 26th day of February 2019

          EARLY SULLIVAN WRIGHT
          GIZER & McRAE LLP

By: */s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Attorneys for Defendant
Commonwealth Land Title Insurance Company

Dated this 26th day of February 2019    WRIGHT, FINLAY & ZAK, LLP

By: */s/ Yanxiong Li*
Bradley Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff
Carrington Mortgage Services, LLC

**ORDER**

**IT IS SO ORDERED:**

By: _____
   Nancy J. Koppe
   United States Magistrate Judge

Dated: February 27, 2019

3
**STIPULATION AND PROPOSED ORDER**