WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorney for Plaintiff, Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company, | Case No.: 2:19-cv-00080-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR CARRINGTON'S RESPONSE TO PENDING MOTIONS** |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | |
| Defendant. | [First Request] |

COMES NOW the undersigned parties, by their respective attorneys of record, stipulate and agree as follows:

1.  Carrington Mortgage Services, LLC ("Carrington") filed its Complaint commencing this action against Commonwealth Land Title Insurance Company ("Commonwealth") on January 11, 2019 (ECF No. 1);

2.  Commonwealth filed a pair of motions in response to Carrington's Complaint: Motion to Dismiss on March 14, 2019 (ECF No. 7) and Motion to Strike on March 15, 2019 (ECF No. 9);

3.  Carrington currently has until March 28, 2019 to file a response to Commonwealth's Motion to Dismiss and until March 29, 2019 to file a response to Commonwealth's Motion to Strike;

4.  The undersigned parties are engaged in settlement discussions in an effort to resolve this matter in lieu of additional motion practice and litigation;

5. Parties jointly request an extension of the current deadlines for Carrington to file its responses to the aforementioned motions up to and including April 5, 2019;

6. This is the parties' first request for an extension of Carrington's response deadlines, and parties certify that this request is not made for the purpose of causing undue delay or prejudice.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorney for Defendant, Commonwealth Land Title Insurance Company*

WRIGHT, FINLAY & ZAK, LLP

By: */s/ Yanxiong Li*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Carrington Mortgage Services, LLC*

**ORDER**

IT IS SO ORDERED.

Date:  March 27, 2019.          

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE